■ Jericho Plumbers Supply Co., Respondent, v. Milton Wandoloski et al., Defendants, and Erwin Dressel, Appellant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals, denied, with $10 costs. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ Doris Leaf et al., Respondents, v. Consolidated Edison Co. of New York, Inc., Respondent, and Samuel Gallucci & Sons, Inc., et al., Appellants. — Motions by appellant Samuel Gallucci & Sons, Inc., and respondent Consolidated Edison Co. for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ Matilda Maus, Appellant, v. William Nisbet et al., Respondents.— Motion by respondents for reargument denied, with $10 costs. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ The People of the State of New York, Respondent, v. Anthony Acciarello, Appellant.— Motion by respondent to dismiss appeal on the ground that the appeal was not taken within the time prescribed by statute, granted; appeal dismissed. Cross motion by appellant for enlargement of time to perfect his appeal and for the assignment of new counsel to prosecute the appeal, dismissed in view of the disposition of the respondent's motion. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ The People of the State of New York, Respondent, v. Piercy Johnson, Appellant.— Motion by appellant to consolidate his two pending appeals, granted on consent of the respondent. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ Washington Heights Federal Savings and Loan Association, Plaintiff, v. Lark Enterprises, Inc., et al., Defendants; Ralph Grimaldi et al., Copartners, Appellants, and Thomas B. Martin et al., as Trustees of the New York City District Council of Carpenters Pension Fund and Welfare Fund, Respondents.— Motion by appellants to extend time to perfect appeal granted on condition that they perfect the appeal for the April Term, beginning Monday, March 26, 1962; appeal ordered on the calendar for Friday, April 6, 1962. The appellants are directed to serve and file their record and brief on or before March 30, 1962. Motion by appellants to continue stay granted on condition that they comply with the conditions set forth above. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.